## ESSANBEE MINES COMPANY *v.* CARRITHERS.

[No. 10,768.    Filed April 6, 1921.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Action between the Essanbee Mines Company and William Carrithers, by his next friend, Squire J. Carrithers. From the judgment rendered, the former appeals. *Affirmed.*

*Beasley, Douthitt, Crawford & Beasley* and *Hays & Hays*, for appellant.

*George W. Wells* and *Charles D. Hunt*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## LEE *v.* ELLINGTON ET AL.

[No. 10,815.    Filed April 21, 1921.]

From Johnson Circuit Court; *Fremont Miller*, Judge.

Action between Harry Lee and Arlie Ellington and others. From the judgment rendered, the former appeals. *Affirmed.*

*Holmes & McCallister*, for appellant.
*E. E. McFerren*, for appellees.

PER CURIAM.—Judgment affirmed.

---

## GLAZER *v.* HATHAWAY.

[No. 10,847.    Filed April 21, 1921.]

From Hancock Circuit Court; *Jonas P. Walker*, Judge.

Action between Robert B. Glazer and Dale M. Hathaway. From the judgment rendered, the former appeals. *Affirmed.*

*William P. Reagan* and *Robert L. Mason*, for appellant.
*Hough & Offutt* and *Fitzpatrick & Fitzpatrick*, for appellee.

PER CURIAM.—Judgment affirmed.